GERTRUDE KASHNER, Appellant, v. GLOBE INDEMNITY COMPANY, Respondent.— Order denying plaintiff's motion for a preference reversed, with ten dollars costs and disbursements, and motion granted. Order denying motion for a rehearing affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HEATING AND PLUMBING FINANCE CORPORATION v. NICHOLAS AFONSKY and MARY AFONSKY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BOOTH & FLINN, LTD., v. THE CITY OF NEW YORK.— Preference granted for June 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRY TRAMAZZIO.— Preference granted for June 9, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LENOX MAHARAGE.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH DOSZPOY v. CENTRE TRUCKING CO., INC.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PEERLESS SODA FOUNTAIN SERVICE COMPANY, INC., v. FRANK DORFMEISTER. — Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STAFFORD SECURITY CO., INC., v. GEORGE KREMER, Impleaded, etc.— Motion granted in so far as to stay the withdrawal of deposit or security pending the determination by the Court of Appeals of the appeal taken by the plaintiff from the order of this court entered on the 8th day of May, 1931, upon condition that plaintiff, within five days from service of order, file a surety company undertaking in the sum of $500 to the effect that it will pay all costs and damages which may be awarded against it on the appeal not exceeding $500. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERBERT S. SIMMONS v. PAUL J. MORANTI, INC.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STEPHEN CALLAGHAN, as Receiver, etc., v. THE CITY OF NEW YORK.— Preference granted for June 11, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK J. COMMERFORD and JOHN WALSH.— Preference granted for June 9, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES J. V. FLEMING v. CHARLES SUTRO and Others.— Motion granted upon condition that the respondent waive certification of the record and appellants procure the same to be filed so appeal can be argued or submitted on June 12, 1931, and that the same be argued or submitted on said date. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROBERT A. SKINNER v. MITCHELL SPECIALTY COMPANY.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PERICLES GIANOPOULOS v. NEW YORK BANKERS, INC., and Another.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.